# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **GRANGE INSURANCE COMPANY,** : | |
| : | |
| **Plaintiff,** : | |
| : | **CIVIL ACTION NO.** |
| vs. : | **1:22-cv-00374-VMC** |
| : | |
| **FORMULA CONSTRUCTION GROUP,** : | |
| **LLC, and NATALIE APPELT,** : | |
| : | |
| **Defendants.** : | |
| : | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendants hereby stipulate to the dismissal with prejudice of the above-styled action, with each party bearing their own attorneys' fees and costs.

Respectfully submitted, this 4th day of April, 2024.

| | |
|---|---|
| **HAWKINS PARNELL & YOUNG LLP** | **LINDSEY & LACY, PC** |
| | |
| /s/ Brian W. Sprinkle | /s/ W. Thomas Lacy, Jr. |
| Brian W. Sprinkle | W. Thomas Lacy, Jr. |
| Georgia Bar No.: 673036 | (signed by Brian Sprinkle with express permission) |
| 303 Peachtree St., NE, Suite 4000 | Georgia Bar No.: 431032 |
| Atlanta, GA 30308-3243 | 200 Westpark Drive, Suite 280 |
| P: (404) 614-7400 | Peachtree City, GA 30269 |
| E: bsprinkle@hpylaw.com | P: (770) 486-8445 |
| *Attorneys for Plaintiff Grange Insurance Company* | E: tlacy@llptc.com |
| | *Attorneys for Defendant Formula Construction* |

1

**THE MILLAR LAW FIRM**

/s/ Justin Oliverio
Justin Oliverio
(signed by Brian Sprinkle with express permission)
Georgia Bar No.: 368598
Bruce R. Millar
Georgia Bar No. 505980
151 N. Main Street
Jonesboro, GA 30236
P: (770) 477-6360
E: justin@atlantaadvocate.com
*Attorneys for Defendant Appelt*

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **GRANGE INSURANCE COMPANY,** : | |
| : | |
| **Plaintiff,** : | |
| : | **CIVIL ACTION NO.** |
| vs. : | **1:22-cv-00374-VMC** |
| : | |
| **FORMULA CONSTRUCTION GROUP,** : | |
| **LLC, and NATALIE APPELT,** : | |
| : | |
| **Defendants.** : | |
| : | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the within and foregoing pleading was filed with the Clerk of Court using the CM/ECF system, which will send notification to all parties of record as follows:

| | |
|---|---|
| W. Thomas Lacy, Jr. | Justin Oliverio |
| LINDEY & LACY, PC | Bruce R. Millar |
| 200 Westpark Drive, Suite 280 | THE MILLAR LAW FIRM |
| Peachtree City, Georgia 30269 | 151 N. Main Street |
| *Attorneys for Defendant Formula* | Jonesboro, GA 30236 |
| *Construction Group, LLC* | *Attorneys for Defendant Appelt* |

This 4th day of April, 2024.

/s/ Brian W. Sprinkle
Brian W. Sprinkle
303 Peachtree Street, N.E., Suite 4000   Georgia Bar No. 673036
Atlanta, Georgia 30308-3243
P: (404) 614-7400   *Attorneys for Plaintiff Grange*
F: (855) 889-4588   *Insurance Company*
E: bsprinkle@hpylaw.com

3